UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOSE QUEZADA, Individually, and On : Case No.: 1:22-cv-04516-MKV
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
vs. :
: **NOTICE OF VOLUNTARY DISMISSAL**
:
PETROLEUM SERVICE COMPANY, :
:
Defendant. :
:
---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Petroleum Service Company.

DATED:  October 3, 2022          **MIZRAHI KROUB LLP**

                                         /s/ Edward Y. Kroub
                                     EDWARD Y. KROUB

                                 EDWARD Y. KROUB
                                 JARRETT S. CHARO
                                 WILLIAM J. DOWNES
                                 200 Vesey Street, 24th Floor
                                 New York, NY  10281
                                 Telephone:  212/595-6200
                                 212/595-9700 (fax)
                                 ekroub@mizrahikroub.com
                                 jcharo@mizrahikroub.com
                                 wdownes@mizrahikroub.com

                                 *Attorneys for Plaintiff*